Judiciary Internet                                                                          Home    Logout



## My Case View
### JUDICIARY INFORMATION MANAGEMENT SYSTEM

---

### Active and Inactive Cases

⊙ My Cases   ○ My Documents   ○ All Firm Cases   ○ All Firm Documents

**Search Criteria:  Case ID: 1CCV-20-0000607**                        🖶 Search Again

#### Search Criteria:

| | | | |
|---|---|---|---|
| Case ID | 1CCV-20-0000607 | | |
| Filing Date (Start) | | Case Type | |
| Filing Date (End) | | Case Status | |

                                    Search       Reset

*Please select a case.*

| Case ID | Court | Location | Type | Status | Description | Initiation Date |
|---|---|---|---|---|---|---|
| 1CCV-20-0000607 | FIRST CIRCUIT | PUNCHBOWL | CV | ACTIVE | Mellon v. Home Depot | 18-APR-2020 |

1 cases found, displaying 1 case(s), from 1 to 1. Page 1 / 1
⏮ ◀ ▶ ⏭

---

### Case Summary for 1CCV-20-0000607

JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC.

---

### Parties for 1CCV-20-0000607

| # | PartyID | Role | Name | Start Date | End Date | Associated Party | Juv |
|---|---|---|---|---|---|---|---|
| 1 | @4572353 | Plaintiff | Jamie M. Mellon | 18-APR-2020 | | | ☐ |
| 2 | @4608941 | Defendant | Home Depot USA | 18-APR-2020 | | | ☐ |
| 3 | A6640 | Attorney | ARNOLD T. PHILLIPS | 18-APR-2020 | | | ☐ |
| 4 | D1C07 | Other | First Circuit Court 7th Division | 19-APR-2020 | | | ☐ |
| 5 | A2896 | Attorney | Wesley H. Ching | 15-JUN-2020 | | 2 | ☐ |
| 6 | A9743 | Attorney | Nicholas P. Ching | 15-JUN-2020 | | 2 | ☐ |

                                                                            Add

---

### Events for 1CCV-20-0000607

No events found for case.

---

### Dockets for 1CCV-20-0000607

| Dkt. # | Dkt. Code | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Sealed | In Camera |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CMPS | Complaint and Summons EFile Document upload of type Complaint and Summons | COMPLAINT; PLAINTIFF S REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC; JURY DEMAND; SUMMONS | Jamie M. Mellon | 18-APR-2020 | 16:52:12 | Mellon, Jamie (@4572353) | N | N |
| 2 | NEF | Notice of Electronic Filing | | Jamie M. Mellon | 18-APR-2020 | 16:52:12 | | N | N |

**EXHIBIT A**

| Dkt. # | Dkt. Code | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Sealed | In Camera |
|---|---|---|---|---|---|---|---|---|---|
| 3 | PYD | Payment Due To Court | | ARNOLD T. PHILLIPS | 18-APR-2020 | 17:08:20 | | N | N |
| 4 | NEF | Notice of Electronic Filing | | ARNOLD T. PHILLIPS | 18-APR-2020 | 17:08:20 | | N | N |
| 5 | PY | Payment Payment by Credit Card-Civil in the amount of $515.00 by PHILLIPS, ARNOLD T. | | ARNOLD T. PHILLIPS | 18-APR-2020 | 17:12:22 | | N | N |
| 6 | NCAS | New Case Assignment CASE ASSIGNED TO THE 7TH DIVISION, HONORABLE DEAN E OCHIAI, PRESIDING | | Jamie M. Mellon Home Depot USA First Circuit Court 7th Division | 19-APR-2020 | 12:31:39 | | N | N |
| 7 | NEF | Notice of Electronic Filing | | Jamie M. Mellon Home Depot USA First Circuit Court 7th Division | 19-APR-2020 | 12:31:39 | | N | N |
| 8 | SUMM | Summons | SUMMONS | Jamie M. Mellon | 19-APR-2020 | 12:32:18 | | N | N |
| 9 | NEF | Notice of Electronic Filing | | Jamie M. Mellon | 19-APR-2020 | 12:32:18 | | N | N |
| 10 | ANCMP | ANSWER TO COMPLAINT EFile Document upload of type ANSWER TO COMPLAINT | Defendant Home Depot U.S.A., Inc.'s Answer To Plaintiff s Complaint filed 04/18/20; Certificate Of Service | Home Depot USA | 15-JUN-2020 | 10:45:37 | Ching, Wesley (A2896) | N | N |
| 11 | NEF | Notice of Electronic Filing | | Home Depot USA | 15-JUN-2020 | 10:45:37 | | N | N |
| 12 | CS | Certificate of Service EFile Document upload of type Certificate of Service | Certificate Of Service Re: Defendant Home Depot U.S.A., Inc. s Responses to Plaintiff s Requests for Production of Documents and Requests for Answers To Interrogatories to Defendant Home Depot U.S.A., Inc. dated 04/18/20 | Home Depot USA | 15-JUN-2020 | 10:51:57 | Ching, Wesley (A2896) | N | N |
| 13 | NEF | Notice of Electronic Filing | | Home Depot USA | 15-JUN-2020 | 10:51:57 | | N | N |
| 14 | CS | Certificate of Service EFile Document upload of type Certificate of Service | Certificate Of Service Re: Defendant Home Depot U.S.A., Inc. s First Amended Responses To Plaintiff s Requests for Production Of Documents and Requests for Answers to Interrogatories to Defendant Home Depot U.S.A., Inc. | Home Depot USA | 05-AUG-2020 | 14:37:08 | Ching, Wesley (A2896) | N | N |
| 15 | NEF | Notice of Electronic Filing | | Home Depot USA | 05-AUG-2020 | 14:37:08 | | N | N |

| Dkt. # | Dkt. Code | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Sealed | In Camera |
|---|---|---|---|---|---|---|---|---|---|
| 16 | PDOC | Proposed Document EFile Document upload of type Proposed Document | PROPOSED Stipulation for Protective Order; Exhibit A | Home Depot USA | 24-AUG-2020 | 16:53:58 | Ching, Nicholas (A9743) | N | N |
| 17 | NEF | Notice of Electronic Filing | | Home Depot USA | 24-AUG-2020 | 16:53:58 | | N | N |
| 18 | STIP | Stipulation to | Stipulation for Protective Order; Exhibit "A" | Jamie M. Mellon Home Depot USA First Circuit Court 7th Division | 02-SEP-2020 | 13:12:15 | Ching, Wesley (A2896)... | N | N |
| 19 | NEF | Notice of Electronic Filing | | Jamie M. Mellon Home Depot USA First Circuit Court 7th Division | 02-SEP-2020 | 13:12:15 | | N | N |
| 20 | CS | Certificate of Service EFile Document upload of type Certificate of Service | CERTIFICATE OF SERVICE RE: 1) Defendant Home Depot U.S.A., Inc. s First Request For Answers To Interrogatories To Plaintiff Jamie M. Mellon; and 2) Defendant Home Depot U.S.A., Inc. s First Request For Production Of Documents to Plaintiff Jamie M. Mellon | Home Depot USA | 08-SEP-2020 | 13:18:06 | Ching, Wesley (A2896) | N | N |
| 21 | NEF | Notice of Electronic Filing | | Home Depot USA | 08-SEP-2020 | 13:18:06 | | N | N |
| 22 | NTDEP | Notice of Taking Deposition EFile Document upload of type Notice of Taking Deposition | Notice of Taking Deposition Upon Written Interrogatories; Interrogatories (Custodian of Records: Honolulu Police Department) | Home Depot USA | 10-SEP-2020 | 15:38:29 | Ching, Wesley (A2896) | N | N |
| 23 | EXH | Exhibit EFile Document upload of type Exhibit | Exhibit "A" | Home Depot USA | 10-SEP-2020 | 15:38:29 | Ching, Wesley (A2896) | N | N |
| 24 | CS | Certificate of Service EFile Document upload of type Certificate of Service | Certificate of Service | Home Depot USA | 10-SEP-2020 | 15:38:29 | Ching, Wesley (A2896) | N | N |
| 25 | NEF | Notice of Electronic Filing | | Home Depot USA | 10-SEP-2020 | 15:38:29 | | N | N |
| 26 | SDT | Subpoena Duces Tecum EFile Document upload of type Subpoena Duces Tecum | Subpoena Duces Tecum - Custodian of Records: Honolulu Police Department | Home Depot USA | 10-SEP-2020 | 15:40:22 | Ching, Wesley (A2896) | N | N |
| 27 | NEF | Notice of Electronic Filing | | Home Depot USA | 10-SEP-2020 | 15:40:22 | | N | N |

| Dkt. # | Dkt. Code | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Sealed | In Camera |
|---|---|---|---|---|---|---|---|---|---|
| 28 | ROS | Return of Service or Summons Served SDT on Dennis Ching, Warrant Officer, on 9/16/2020 at 8:15 am at 80 S. Beretania St., Honolulu, HI 96813 | Return of Service (Subpoena Duces Tecum - Custodian of Records - Honolulu Police Department | Home Depot USA | 18-SEP-2020 | 15:13:22 | Ching, Wesley (A2896) | N | N |
| 29 | NEF | Notice of Electronic Filing | | Home Depot USA | 18-SEP-2020 | 15:13:22 | | N | N |
| 30 | CS | Certificate of Service EFile Document upload of type Certificate of Service | CERTIFICATE OF SERVICE: PLAINTIFF'S ANSWERS TO DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JAMIE M. MELLON | Jamie M. Mellon | 11-OCT-2020 | 18:20:47 | Mellon, Jamie (@4572353) | N | N |
| 31 | NEF | Notice of Electronic Filing | | Jamie M. Mellon | 11-OCT-2020 | 18:20:47 | | N | N |
| 32 | CS | Certificate of Service EFile Document upload of type Certificate of Service | CERTIFICATE OF SERVICE - PLAINTIFF'S REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC. October 26, 2020 | Jamie M. Mellon | 26-OCT-2020 | 14:25:33 | Mellon, Jamie (@4572353) | N | N |
| 33 | NEF | Notice of Electronic Filing | | Jamie M. Mellon | 26-OCT-2020 | 14:25:33 | | N | N |
| 34 | CS | Certificate of Service EFile Document upload of type Certificate of Service | Certificate of Service Re: Defendant Home Depot U.S.A., Inc. s Responses to Plaintiff s Second Request for Answers to Interrogatories to Defendant Home Depot U.S.A., Inc. | Home Depot USA | 28-OCT-2020 | 13:16:09 | Ching, Nicholas (A9743) | N | N |
| 35 | NEF | Notice of Electronic Filing | | Home Depot USA | 28-OCT-2020 | 13:16:09 | | N | N |

## Documents for 1CCV-20-0000607

| | Dkt. # | Category | Dkt. Code | Description | Document Name | Docket For | Date Filed | Sealed | In Camera |
|---|---|---|---|---|---|---|---|---|---|
| 📄 | 1 | Complaint | CMPS | Complaint and Summons EFile Document upload of type Complaint and Summons | COMPLAINT; PLAINTIFF S REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC; JURY DEMAND; SUMMONS | Jamie M. Mellon | 18-APR-2020 | ☐ | ☐ |
| 📄 | 2 | Other Documents | NEF | Other | | Jamie M. Mellon | 18-APR-2020 | ☐ | ☐ |
| 📄 | 3 | Other Documents | PYD | Payment Due To Court | | ARNOLD T. PHILLIPS | 18-APR-2020 | ☐ | ☐ |
| 📄 | 4 | Other Documents | NEF | Other | | ARNOLD T. PHILLIPS | 18-APR-2020 | ☐ | ☐ |

| | Dkt. # | Category | Dkt. Code | Description | Document Name | Docket For | Date Filed | Sealed | In Camera |
|---|---|---|---|---|---|---|---|---|---|
| | 5 | Fiscal Status | PY | Payment Payment by Credit Card-Civil in the amount of $515.00 by PHILLIPS, ARNOLD T. | | ARNOLD T. PHILLIPS | 18-APR-2020 | | |
| | 7 | Other Documents | NEF | Other | | Jamie M. Mellon Home Depot USA First Circuit Court 7th Division | 19-APR-2020 | | |
| | 8 | Supporting Documents | SUMM | Summons | SUMMONS | Jamie M. Mellon | 19-APR-2020 | | |
| | 9 | Other Documents | NEF | Other | | Jamie M. Mellon | 19-APR-2020 | | |
| | 10 | Response | ANCMP | ANSWER TO COMPLAINT EFile Document upload of type ANSWER TO COMPLAINT | Defendant Home Depot U.S.A., Inc.'s Answer To Plaintiff s Complaint filed 04/18/20; Certificate Of Service | Home Depot USA | 15-JUN-2020 | | |
| | 11 | Other Documents | NEF | Other | | Home Depot USA | 15-JUN-2020 | | |
| | 12 | Service | CS | Certificate of Service EFile Document upload of type Certificate of Service | Certificate Of Service Re: Defendant Home Depot U.S.A., Inc. s Responses to Plaintiff s Requests for Production of Documents and Requests for Answers To Interrogatories to Defendant Home Depot U.S.A., Inc. dated 04/18/20 | Home Depot USA | 15-JUN-2020 | | |
| | 13 | Other Documents | NEF | Other | | Home Depot USA | 15-JUN-2020 | | |
| | 14 | Service | CS | Certificate of Service EFile Document upload of type Certificate of Service | Certificate Of Service Re: Defendant Home Depot U.S.A., Inc. s First Amended Responses to Plaintiff s Requests for Production Of Documents and Requests for Answers to Interrogatories to Defendant Home Depot U.S.A., Inc. | Home Depot USA | 05-AUG-2020 | | |
| | 15 | Other Documents | NEF | Other | | Home Depot USA | 05-AUG-2020 | | |
| | 16 | Document | PDOC | Proposed Document EFile Document upload of type Proposed Document | PROPOSED Stipulation for Protective Order; Exhibit A | Home Depot USA | 24-AUG-2020 | | |
| | 17 | Other Documents | NEF | Other | | Home Depot USA | 24-AUG-2020 | | |
| | 18 | Stipulations | STIP | Stipulation to _____ | Stipulation for Protective Order; Exhibit "A" | Jamie M. Mellon Home Depot USA First Circuit Court 7th Division | 02-SEP-2020 | | |
| | 19 | Other Documents | NEF | Other | | Jamie M. Mellon Home Depot USA First Circuit Court 7th Division | 02-SEP-2020 | | |
| | 20 | Service | CS | Certificate of Service EFile Document upload of type Certificate of Service | CERTIFICATE OF SERVICE RE: 1) Defendant Home Depot U.S.A., Inc. s First Request For Answers To Interrogatories To Plaintiff Jamie M. Mellon; and 2) Defendant Home Depot U.S.A., Inc. s First Request For Production Of Documents to Plaintiff Jamie M. Mellon | Home Depot USA | 08-SEP-2020 | | |
| | 21 | Other Documents | NEF | Other | | Home Depot USA | 08-SEP-2020 | | |
| | 22 | Notice | NTDEP | Notice of Taking Deposition EFile Document upload of type Notice of Taking Deposition | Notice of Taking Deposition Upon Written Interrogatories; Interrogatories (Custodian of Records: Honolulu Police Department) | Home Depot USA | 10-SEP-2020 | | |

| | Dkt. # | Category | Dkt. Code | Description | Document Name | Docket For | Date Filed | Sealed | In Camera |
|---|---|---|---|---|---|---|---|---|---|
| 📄 | 23 | Supporting Documents | EXH | Exhibit<br>EFile Document upload of type Exhibit | Exhibit "A" | Home Depot USA | 10-SEP-2020 | ☐ | ☐ |
| 📄 | 24 | Service | CS | Certificate of Service<br>EFile Document upload of type Certificate of Service | Certificate of Service | Home Depot USA | 10-SEP-2020 | ☐ | ☐ |
| 📄 | 25 | Other Documents | NEF | Other | | Home Depot USA | 10-SEP-2020 | ☐ | ☐ |
| 📄 | 26 | Subpoena | SDT | Subpoena Duces Tecum<br>EFile Document upload of type Subpoena Duces Tecum | Subpoena Duces Tecum - Custodian of Records: Honolulu Police Department | Home Depot USA | 10-SEP-2020 | ☐ | ☐ |
| 📄 | 27 | Other Documents | NEF | Other | | Home Depot USA | 10-SEP-2020 | ☐ | ☐ |
| 📄 | 28 | Service | ROS | Return of Service or Summons Served SDT on Dennis Ching, Warrant Officer, on 9/16/2020 at 8:15 am at 80 S. Beretania St., Honolulu, HI 96813 | Return of Service (Subpoena Duces Tecum - Custodian of Records - Honolulu Police Department | Home Depot USA | 18-SEP-2020 | ☐ | ☐ |
| 📄 | 29 | Other Documents | NEF | Other | | Home Depot USA | 18-SEP-2020 | ☐ | ☐ |
| 📄 | 30 | Service | CS | Certificate of Service<br>EFile Document upload of type Certificate of Service | CERTIFICATE OF SERVICE: PLAINTIFF'S ANSWERS TO DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JAMIE M. MELLON | Jamie M. Mellon | 11-OCT-2020 | ☐ | ☐ |
| 📄 | 31 | Other Documents | NEF | Other | | Jamie M. Mellon | 11-OCT-2020 | ☐ | ☐ |
| 📄 | 32 | Service | CS | Certificate of Service<br>EFile Document upload of type Certificate of Service | CERTIFICATE OF SERVICE - PLAINTIFF'S REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC. October 26, 2020 | Jamie M. Mellon | 26-OCT-2020 | ☐ | ☐ |
| 📄 | 33 | Other Documents | NEF | Other | | Jamie M. Mellon | 26-OCT-2020 | ☐ | ☐ |
| 📄 | 34 | Service | CS | Certificate of Service<br>EFile Document upload of type Certificate of Service | Certificate of Service Re: Defendant Home Depot U.S.A., Inc. s Responses to Plaintiff s Second Request for Answers to Interrogatories to Defendant Home Depot U.S.A., Inc. | Home Depot USA | 28-OCT-2020 | ☐ | ☐ |
| 📄 | 35 | Other Documents | NEF | Other | | Home Depot USA | 28-OCT-2020 | ☐ | ☐ |

Add

Of Counsel:
LAW OFFICE OF ARNOLD THIELENS PHILLIPS II
Attorneys at Law

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
18-APR-2020
04:52 PM**

ARNOLD THIELENS PHILLIPS  #6640-0
1188 Bishop Street, Ste. 3003
Honolulu, Hawaii 96813
Phone: (808)781-1414
Facsimile: (888)467-0555

Attorney for Plaintiff JAMIE M. MELLON

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br>      Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai'i; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>      Defendants | CIVIL NO.<br><br>(MOTOR VEHICLE TORT)<br><br>**COMPLAINT; PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC; JURY DEMAND; SUMMONS** |

## COMPLAINT

Comes now, Plaintiff JAMIE M. MELLON, individually and by and through his attorney,

ARNOLD T. PHILLIPS, II and brings this complaint against Defendants above-named, and in

doing so, allege and aver as follows:

1.     At all relevant times herein, Plaintiff was a resident of the City and County of Honolulu

State of Hawaii.

2.  That the Defendant HOME DEPOT U.S.A., INC., a foreign corporation authorized to do
    business in the State of Hawai`i conduction business in the City and County of Honolulu,
    State of Hawaii, on May 26, 2018, that brought criminal charges against the Plaintiff.

3.  Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE
    PARTNERSHIPS 1-10, DOE NON-PROFIT ENTITIES 1-10, and DOE GOVERNMENTAL
    ENTITIES 1-10 (hereinafter referred to as "Doe Defendants") are persons, corporations,
    partnerships, business entities and/or governmental entities who acted in a negligent, wrongful
    or tortious manner which proximately caused or contributed to injuries and damages sustained
    by Plaintiff.  Plaintiff has been unable to ascertain the names and identities of the above-
    named Doe Defendants from the investigation that has been conducted to date. Accordingly,
    Plaintiff has sued the unidentified Doe Defendants herein with fictitious names pursuant to
    Rule 17(d) of the Hawaii Rules of Civil Procedure, and Plaintiff will substitute the true names,
    identities, capacities, acts and/or admissions of the Doe Defendants when the same are
    ascertained.

4.  On or about the 26th day of May, 2018, defendants, maliciously, and without probable
    cause therefor, caused the plaintiff to be arrested and charged with Terroristic
    Threatening I – HRS 707-716(1)(e): §707-716 Terroristic threatening in the first
    degree. (1) A person commits the offense of terroristic threatening in the first degree
    if the person commits terroristic threatening: (a) By threatening another person on
    more than one occasion for the same or a similar purpose; (e) With the use of a
    dangerous instrument or a simulated firearm. For purposes of this section, "simulated

firearm" means any object that: (i) Substantially resembles a firearm; (ii) Can reasonably be perceived to be a firearm; or (iii) Is used or brandished as a firearm; or

(f) By threatening a person who: (i) The defendant has been restrained from, by order of any court, including an *ex parte* order, contacting, threatening, or physically abusing pursuant to chapter 586; or (ii) Is being protected by a police officer ordering the defendant to leave the premises of that protected person pursuant to section 709-906(4), during the effective period of that order.

5. Further, on the 26th day of May, 2018, the defendants, in addition to the unlawful arrest, imprisoned the plaintiff  for approximately three hundred and five days on a charge of Terroristic Threatening I – HRS 707-716(1)(e) before release and the commencement of this action, this charge was judicially investigated, the prosecution ended, and the plaintiff discharged.

6. Further, the defendants in addition to the unlawful arrest and imprisonment of the plaintiff  subjected him to the intentional infliction of emotional harm.

7. That as a further direct and proximate result of the negligence of the defendants, , the Plaintiff, JAMIE M. MELLON, has been forced to expend large sums of money for hospitalization, x-rays, nurses, medical treatment and for medicine for the treatment of the aforesaid injuries to himself.

8. And further, as a direct and proximate result of said negligence of defendants, Plaintiff JAMIE M. MELLON sustained severe and permanent injuries, permanent

scaring, suffered mental and emotional distress, loss of income and has incurred medical and rehabilitative expenses and enjoyment of life.

WHEREFORE, Plaintiff JAMIE M. MELLON prays for judgment against the Defendants, jointly and severely, as follows:

1. General damages as shall be proven at trial;

2. Special damages as shall be proven at trial;

3. Punitive damages as allowed and proved at trial;

4. Attorney's fees and cost awarded by the Court;

5. Prejudgment interest; and

6. Such other and further relief as the Court deems just under the circumstances

DATED: Honolulu, Hawaii April 16, 2020

Arnold T. Phillips II #6604
Attorney for Plaintiff

Of Counsel:
LAW OFFICE OF ARNOLD THIELENS PHILLIPS II
Attorneys at Law

ARNOLD THIELENS PHILLIPS  #6640-0
1188 Bishop Street, Ste. 3003
Honolulu, Hawaii 96813
Telephone: (808)781-1414
Facsimile: (888)467-0555

Attorney for Plaintiff JAMIE M. MELLON

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br>        Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai`i; JOHN DOES 1-10;  JANE  DOES  1-10;  DOE CORPORATIONS  1-10;  DOE PARTNERSHIPS  1-10;  and  DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants | CIVIL NO.<br><br>(MOTOR VEHICLE TORT)<br><br>**PLAINTIFF'S   REQUESTS   FOR PRODUCTION   OF   DOCUMENTS   AND REQUESTS   FOR   ANSWERS   TO INTERROGATORIES   TO   DEFENDANT HOME DEPOT U.S.A., INC** |

**PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC**

TO:

HOME DEPOT U.S.A., INC.
CORPORATION SERVICE COMPANY
AGENT ADDRESS
1003 BISHOP STREET
SUITE 1600 PAUAHI TOWER

Page | 1

HONOLULU, Hawaii 96813

Plaintiff request Defendant - HOME DEPOT U.S.A., INC - answer separately and fully in writing and under oath, pursuant to Rule 33 and 34 of the Hawaii Rules of Civil Procedure, this request for answers to interrogatories and for production of documents

PLEASE TAKE NOTICE that two copies of the answers to the discovery requests must be served upon the undersigned within thirty (30) days after the service thereof.

These discovery requests shall be deemed continuing, pursuant to Rule 26(e) of the Hawaii Rules of Civil Procedure, to require supplemental answers if you obtain or recall further information between the time the answers are served and the time of trial. Answers may be inserted in the spaces provided in the interrogatories. If additional space is required in answering any interrogatory, please complete your answer on additional sheets bearing the same number of the discovery requests which you are responding to in that communication.

Should you or your counsel or anyone representing your interests learn of any additional person or persons having knowledge relating to matters inquired into after answering the interrogatories and before trial, it is requested that you furnish the names of the persons to the undersigned, giving timely notice thereof, allowing Plaintiff to make her discovery.

Please be advised that failure to answer will be grounds for a motion to compel answers to these discovery requests, pursuant to the provisions of Rule 37 of the Hawaii Rules of Civil Procedure.

PLEASE NOTE that it is the specific direction of this discovery request that if a request for admission cannot be admitted that it shall be considered to be converted to an interrogatory

and that the answering party be required to state the reason(s) why it cannot admit the statement.

DEFINITIONS

1.      "You" and "your" means  any defendant - HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai`i; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,Defendants and/or all other persons or entities acting or purporting to act on your behalf, including, without limitation, your investigator(s), insurance adjuster(s), present and former employees, and/or agent(s), contractor(s), and advisor(s) and their agents, employees and consultants.

2.      "Person" includes, without limitation, any natural person, firm, company, partnership, association, joint venture, sole proprietorship, organization, business trust, corporation, or any other group combination acting as a unit or other form of legal, business, non-profit, or governmental entity.

3.      "Document" or "Writing" means and includes the original and any copy, regardless of origin or location, of any printed, typed, written, graphic or recorded materials or tangible thing of every kind, however produced or reproduced, in your possession, custody or control, and includes but is not limited to, any letters, correspondence, memoranda, telegrams, telexes, other communications, regulations, guidelines, directives, laws, statutes, ordinances (including all drafts of regulations, guidelines, directives, laws, statutes, ordinances), agreements, contracts, offers, proposals, prospectuses, ballots, tariffs, statements, bills, air bills, consignments notes, purchase orders, invoices, summaries, outlines, estimates, budgets, projections, cost analysis, damage calculations, bulletins, books, periodicals, newsletters, articles, brochures,

Page | 3

advertisements, reports, logs, agenda, minutes, studies, charts, maps, drawings, schedules, plans, blueprints, sketches, schematics, models, surveys, printouts, cards, diaries, calendars, desk calendars, appointment books, photographs, slides, films (including negatives of photographs, slides and negatives), notes, drafts, worksheets, transcript, recording (mechanical, electrical typed or written including digital or computer records), email or any instrument or device which contains any information or from which any information can be derived or retrieved.

4.   "Lawsuit" means JAMIE M. MELLON, Plaintiff, vs. HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai`i; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, Defendants, Defendants pending in the First Circuit Court of the State of Hawaii,

5.   "Occurrence" as used herein means the personal injury involving the arrest and charging of the Plaintiff for activities which occurred on May 26, 2018, in the City and County of Honolulu HI.

6. "Identify," "Identity" or "Identification" when used with respect to a person or persons means to state:

a. His or her name;

b. His or her last known address; and

c. His or her employer and the employers address.

7. "Identify" "Identity" or "Identification" when used with respect to a document or documents means to state:

a. The identity of person who signed it or under whose name the document(s) was issued;

b. The identity of the addressee (and, if different, the identity of the recipient or recipients);

c. The nature and substance of the document with sufficient particularities to enable the same to be identified for purposes of production;

d. The date of the document(s);

e. The number of pages of the document(s)

f. The identity of each person who has custody of the document(s) or any copies thereof;

g. Whether the document is complete;

h. If no longer complete, in what respects it is incomplete or altered and the reasons therefore;

i. If any such document is no longer existence. The disposition which was made of it, the date and the reasons for the disposition, and the identity of the person or persons who ordered and/or supervised such disposition. If any document responsive to an interrogatory has been produced by any party or non-party to this litigation, you may identify such production number that it bears rather than in the manner stated above.

9. "Identify," "identity" or "identification" when used with respect to an oral statement means to state:

a. The date and place thereof;

b. The identity of each person who participated in or heard any part of the oral statement; and

c. The identity of the custodian of any document recorded, summarized or concerned the oral

statement. If you claim privilege against producing any document and/or thing, please submit a list describing such documents and/or things, including their originator, the persons to whom they were directed or copies, their date and who had seen them, and the reasons why you will not produce them.

10. You may attach any item in response to an interrogatory identified as such as part of the response to that interrogatory.

DATED: Honolulu, Hawaii April18, 2020

Arnold T. Phillips II #6604
Attorney for Plaintiff

**PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC**

INTERROGATORY NO. 1: Identify who has drafted and signed the answers to these interrogatories. RESPONSE:

INTERROGATORY NO. 2: State whether there is an orgainziational chart(s) for the defendant, for individual stores, regions, state and/or national; if so, state the name and address of the custodian of the chart(s), or attach copy(ies) of same to your answers to these interorgatories.

RESPONSE:

:

INTERROGATORY NO. 3:

Identify each individual employee of the defendant HOME DEPOT who was involved in the occurrence of May 26, 2018, involving the Plaintiff explaining their role(s) and position(s) with the defendant HOME DEPOT they occupy including the identify and a list of any documents which they prepared relating to this occurrence.

RESPONSE:

INTERROGATORY NO. 4: Identify each occurrence which happened in the sixty months prior to the incident of May 26, 2018, involing the Plaintiff at stores in the City and County of Honoluu which resulted in the Honolulu Police Department being called including the identity of the custodian of these records.

RESPONSE:



INTERROGATORY NO. 5: Identify the document custodian(s) who has/have the personell files for the employees of the defendant HOME DEPOT who was involved in the occurrence of May 26, 2018, involving the Plaintiff.

RESPONSE:



INTERROGATORY INTERROGATORY NO. 6: Identify any illness, phyiscal disability or handicap involving any individual employee of the defendant HOME DEPOT who was involved in involved in the occurrence of May 26, 2018, involving the Plaintiff.

RESPONSE:



INTERROGATORY NO. 7: Identify any persons or video (or others recording system) which witnessed or made a video/electronic records of any the occurrence of May 26, 2018, involving the Plaintiff from one hour prior to the incident to one hour after the incident.

RESPONSE:

Page | 8

INTERROGATORY NO. 8: Identify any witnesses, photographs, movies, videopages, diagrams or drawings contacted, made, or obtained related to the occurrence of May 26, 2018, involving the Plaintiff including the actions which took place outside of the defendant HOME DEPOT's building or off its property being used by that store location which involved this occurrence.

RESPONSE:

INTERROGATORY NO. 9: Identify with a description any reports, or similar such document, regarding the occurrence of May 26, 2018, involving the Plaintiff including the name of the report, the date, the preparer and the present custodian

RESPONSE:

INTERROGATORY NO. 10: List the name of the insurance company, the type of coverage and policy amounts of any other or additional insurance coverage which might provide any manner of insurance for the incident.

RESPONSE:

INTERROGATORY NO. 11: Have you or any repressentative observed or conversed with the Plaintiff since the incident if so state, date, place, time, person observing or conversing, whether any records of the observation or conversation was made and who is the custodian of such record.

RESPONSE:

INTERROGATORY NO. 12: Describe in your own words, in full detail, how the incident, subject of this lawsuit occurred, who was involved, when each significant part of the incident happened, who said what to whom, why was any statement made, beginning at least five minutes prior to and leading up to the incident.

RESPONSE:

INTERROGATORY NO. 13: Identify any individuals who have worked for Home Depot in the area/department of the company where the Plaintiff was present on May 26, 2018, during the Relevant Time Period – the months of January - May 2018.

RESPONSE:

INTERROGATORY NO. 14: Identify any individuals or entities who have drafted, generated, transmitted, received, or stored documents or data related to the subject matter of this litigation. Include the physical work locations of those individuals or entities and the positions held by identified individuals during the Relevant Time Period.

RESPONSE:

Page | 10

INTERROGATORY NO. 15: Identify each personal computer that has been used during the Relevant Time Period to process, generate, transmit, receive, or store data related to the subject matter of this litigation. For each personal computer, identify:

a.  Computer type (e.g. laptop, desktop);

b.  Make, model, [and serial number];

c.  User(s) assigned to the personal computer;

d.  Dates of operation;

e.  Installed operating system(s), including version number(s);

f.  Operating system upgrades, drive reformatting, data wipes, mass data deletions or overwrites that have occurred, and the dates those events occurred.

RESPONSE:

INTERROGATORY NO. 16: Identify each electronic communications system (e.g. email, instant messaging system) used to draft, generate, transmit, receive, or store communications related to the subject matter of this litigation. For each communications system, identify:

a.  Any version of a client/server software application package (i.e. Microsoft Outlook 2000/Exchange 5.5 or Lotus Notes/Domino version 6);

b.  Dates each version was in use;

c.  Dates of any version upgrades or application changes;

d.  Numbers, locations, makes, and models of communication servers;

e.  Server storage capacity;

f.  Size of communication databases maintained;

g.  Number of system mailboxes/users;

h.  Methods of accessing system remotely (e.g. via OWA, hotmail, yahoo);

i.  Methods of replicating data for archival purposes (e.g. to local hard drive or to a network drive);

j.  Individuals with administrative access to accounts;

k.  Security features used, including password protection or encryption.

RESPONSE:


INTERROGATORY NO. 17: Identify any "home" directories, shared folders, or other locations on a network used during the Relevant Time Period to store electronic documents (e.g. memos, letters, statements, emails, research, investigations, spreadsheets, presentations, etc. without limitation).

RESPONSE:

Of Counsel:
LAW OFFICE OF ARNOLD THIELENS PHILLIPS II
Attorneys at Law

ARNOLD THIELENS PHILLIPS  #6640-0
1188 Bishop Street, Ste. 3003
Honolulu, Hawaii 96813
Telephone: (808)528-3911
Facsimile: (808)528-5006

Attorney for Plaintiff Jamie M. Mellon

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>        Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai`i; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants | CIVIL NO.<br><br>(MOTOR VEHICLE TORT)<br><br>**JURY DEMAND** |

## **JURY DEMAND**

Come now Plaintiff, JAMIE M. MELLON, by and through his attorney, ARNOLD T.

PHILLIPS II, and filed this demand for a jury trial to decide the issues in this case according

to their rights under the constitutions of the State of Hawaii and the United States of

America.

DATED: Honolulu, Hawaii April 16, 2020

Arnold T. Phillips II #6604
Attorney for Plaintiff

Of Counsel:
LAW OFFICE OF ARNOLD THIELENS PHILLIPS II
Attorneys at Law

ARNOLD THIELENS PHILLIPS  #6640-0
1188 Bishop Street, Ste. 3003
Honolulu, Hawaii 96813
Telephone: (808)781-1414
Facsimile: (888)467-0555

Attorney for Plaintiff JAMIE M. MELLON

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>          Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai'i; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br><br>          Defendants | CIVIL NO.<br><br>(MOTOR VEHICLE TORT)<br><br><br>**SUMMONS** |

**SUMMONS**

HOME DEPOT U.S.A., INC.
CORPORATION SERVICE COMPANY
AGENT ADDRESS
1003 BISHOP STREET
SUITE 1600 PAUAHI TOWER
HONOLULU, Hawaii 96813

TO THE ABOVE NAMED DEFENDANT HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai`i

YOU are hereby summoned and required to file in court and serve upon Plaintiff's attorney, Arnold T. Phillips II, whose address is 1188 Bishop Street Ste. 2907, Honolulu, HI 96813 an answer to the Complaint attached hereto. This action must be taken within twenty (20) days after service of this Summons exclusive of the day of service.

If you fail to make your answer within the twenty day limit, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 PM and 6:00 AM on premises not open to the general public, unless a judge of the above entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default against the disobeying person or party.

DATED: Honolulu, Hawaii, _____.

_____
Clerk of the above-entitled Court

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**18-APR-2020**
**04:52 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | COMPLAINT; PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC; JURY DEMAND; SUMMONS |
| **Filing Date / Time:** | SATURDAY, APRIL 18, 2020 04:52:12 PM |
| **Filing Parties:** | Jamie Mellon |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | 1-Complaint and Summons |
| **Supporting Document(s):** | |
| **Document Name:** | 1-COMPLAINT; PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC; JURY DEMAND; SUMMONS |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Home Depot USA

Jamie Michael Mellon

---

This filing type incurs a fee of $515.00. You must pay by credit card or in person.

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
18-APR-2020
05:08 PM**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
STATE OF HAWAI`I

Mellon v. Home Depot

CASE NO. 1CCV-20-0000607

PAYMENT DUE TO COURT

PAYMENT DUE TO COURT

PHILLIPS, ARNOLD THIELENS owes the following fees:

$315.00   Complaint/Summons
$200.00   Demand for Jury Trial

The total amount due is $515.00. Make your payment to Circuit Court of the First Circuit, Attn: Cashier, 777 Punchbowl Street, Honolulu, HI, 96813 with this notice within ten (10) days of this notice.

If you do not pay the total amount due, your complaint will be dismissed or your document stricken.

You may file a request that the court waive the filing fees. If the court does not grant your request, you must pay the filing fees.

1 of 2

Dated: April 18, 2020

 /s/ Lori Ann Okita
Clerk of the Court

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
18-APR-2020
05:08 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---:|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | Mellon v. Home Depot |
| **Filing Date / Time:** | SATURDAY, APRIL 18, 2020 05:08:20 PM |
| **Filing Parties:** | |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 3-Payment Due To Court |
| **Document Name:** | |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

This notification is being electronically mailed to:

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Home Depot USA

Jamie Michael Mellon

This filing type incurs a fee of $515.00. You must pay by credit card or in person.

1 of 1

**FIRST CIRCUIT**
**STATE OF HAWAIʻI**
**RECEIPT**

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**18-APR-2020**
**05:12 PM**

Case No:1CCV-20-0000607

**RECEIPT NO:28462**

RECEIVED FROM: PHILLIPS, ARNOLD THIELENS

**18-APR-2020**
**5:12 PM**

THE SUM OF: $515.00

DESCRIPTION: Payment by Credit Card

1. Complaint/Summons

      ADMN- ADMIN_FEE            $50.00
      CIND- INDIGENT_SURCHARGE       $65.00
      V002- Complaint/Summons       $200.00

2. Demand for Jury Trial

      V006- Demand for Jury Trial       $200.00

**TOTAL**       **$515.00**

 /s/Court Document Clerk

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
19-APR-2020
12:31 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | COMPLAINT PLAINTIFFS REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC JURY DEMAND SUMMONS |
| **Filing Date / Time:** | SUNDAY, APRIL 19, 2020 12:31:39 PM |
| **Filing Parties:** | COURT FILED BY COURT |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 6-New Case Assignment |
| **Document Name:** | |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

First Circuit Court 7th Division ( *7thdivision.1cc@courts.hawaii.gov* )

ARNOLD THIELENS PHILLIPS ( *atp@atphillips.com* )

The following parties need to be conventionally served:

Home Depot USA

Jamie Michael Mellon

---

Of Counsel:
LAW OFFICE OF ARNOLD THIELENS PHILLIPS II
Attorneys at Law

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
19-APR-2020
12:32 PM**

ARNOLD THIELENS PHILLIPS  #6640-0
1188 Bishop Street, Ste. 3003
Honolulu, Hawaii 96813
Telephone: (808)781-1414
Facsimile: (888)467-0555

Attorney for Plaintiff JAMIE M. MELLON

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>          Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai`i; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>          Defendants | CIVIL NO.<br><br>(MOTOR VEHICLE TORT)<br><br><br>**SUMMONS** |

**SUMMONS**

HOME DEPOT U.S.A., INC.
CORPORATION SERVICE COMPANY
AGENT ADDRESS
1003 BISHOP STREET
SUITE 1600 PAUAHI TOWER
HONOLULU, Hawaii 96813

TO THE ABOVE NAMED DEFENDANT HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai`i

YOU are hereby summoned and required to file in court and serve upon Plaintiff's attorney, Arnold T. Phillips II, whose address is 1188 Bishop Street Ste. 2907, Honolulu, HI 96813 an answer to the Complaint attached hereto. This action must be taken within twenty (20) days after service of this Summons exclusive of the day of service.

If you fail to make your answer within the twenty day limit, judgment by default will be taken against you for the relief demanded in the Complaint.

This summons shall not be personally delivered between 10:00 PM and 6:00 AM on premises not open to the general public, unless a judge of the above entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default against the disobeying person or party.

4/19/2020

DATED: Honolulu, Hawaii, _____.



/S/ P. NAKAMOTO

Clerk of the above-entitled Court

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**19-APR-2020**
**12:32 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | COMPLAINT PLAINTIFFS REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC JURY DEMAND SUMMONS |
| **Filing Date / Time:** | SUNDAY, APRIL 19, 2020 12:32:18 PM |
| **Filing Parties:** | COURT FILED BY COURT |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | 8-Summons |
| **Supporting Document(s):** |  |
| **Document Name:** | 8-SUMMONS |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Home Depot USA

Jamie Michael Mellon

---

Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H. H. CHING        2896
whc@fmhc-law.com
NICHOLAS P. CHING          9743
npc@fmhc-law.com
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone:  (808) 533-4300
Facsimile:  (808) 531-7585

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**15-JUN-2020**
**10:45 AM**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>               Plaintiff,<br><br>      vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>               Defendants. | CIVIL NO. 1CCV-20-0000607<br><br>DEFENDANT HOME DEPOT U.S.A., INC.'S ANSWER TO PLAINTIFF'S COMPLAINT FILED APRIL 18, 2020; CERTIFICATE OF SERVICE |

DEFENDANT HOME DEPOT U.S.A., INC.'S ANSWER TO
PLAINTIFF'S COMPLAINT FILED APRIL 18, 2020

Defendant HOME DEPOT U.S.A., INC. ("Home Depot"), by and through its attorneys,

Fukunaga Matayoshi Ching & Kon-Herrera, LLP, for an answer to Plaintiff's Complaint filed

April 18, 2020 ("Complaint"), alleges and avers as follows:

FIRST DEFENSE

1.      The Complaint fails to state a claim against Home Depot upon which relief can be granted.

SECOND DEFENSE

2.      Home Depot is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 and 3 of the Complaint, and therefore denies said allegations in said paragraphs and leaves Plaintiff to his proof.

3.      In answer to paragraph 2 of the Complaint, Home Depot admits only that it is a Delaware corporation authorized to do business in the State of Hawaii, and denies the remaining allegations.

4.      Home Depot denies the allegations in paragraphs 4, 5, 6, 7, and 8 of the Complaint.

5.      Home Depot denies any and all other allegations not specifically admitted hereinabove.

THIRD DEFENSE

6.      Plaintiff has failed to name necessary and indispensable parties to this action pursuant to Rule 19 of the Hawaii Rules of Civil Procedure.

FOURTH DEFENSE

7.      Probable cause existed for Plaintiff's arrest and/or imprisonment.

FIFTH DEFENSE

8.      Plaintiff's arrest and/or imprisonment were made under legal authority and/or justification.

SIXTH DEFENSE

       9.    Home Depot had reasonable grounds to believe that Plaintiff committed a crime and/or retail theft.

SEVENTH DEFENSE

      10.    Plaintiff voluntarily consented to the detention, restraint, or confinement.

EIGHTH DEFENSE

      11.    Any injuries or damages to Plaintiff was caused by the Plaintiff's own wrongful acts, misconduct, and negligence and not by Home Depot.

NINTH DEFENSE

      12.    If Plaintiff suffered any of the injuries or damages as alleged in the Complaint, Home Depot did not cause or contribute to the alleged incident on or about May 26, 2018 in Oahu, Hawaii.

TENTH DEFENSE

      13.    If Plaintiff suffered any of the injuries or damages as alleged in the Complaint, Plaintiff assumed the risk of such damages and such voluntary assumption of risk was the proximate or legal cause of such damages.

ELEVENTH DEFENSE

      14.    Plaintiff's alleged injuries or damages were caused in whole or in part by a person or parties over whom Home Depot had no legal control or responsibility.

TWELFTH DEFENSE

      15.    If Plaintiff received any injuries or incurred any damages as alleged in the Complaint, such injuries and damages were not reasonably foreseeable by Home Depot.

THIRTEENTH DEFENSE

16.     If Plaintiff suffered any of the injuries or damages as alleged in the Complaint, there was no known foreseeable risk of harm.

FOURTEENTH DEFENSE

17.     If Plaintiff suffered any of the injuries or damages as alleged in the Complaint, such injuries or damages were caused in whole or in part or were contributed to by the negligence of Plaintiff.

FIFTEENTH DEFENSE

18.     If Plaintiff suffered any of the injuries or damages as alleged in the Complaint, such injuries or damages were caused in whole or in part by the comparative negligence or other fault of Plaintiff, and any recovery is barred or reduced by the percentage share of Plaintiff's comparative negligence.

SIXTEENTH DEFENSE

19.     Plaintiff's claims for damages are speculative and should be dismissed with prejudice.

SEVENTEENTH DEFENSE

20.     Plaintiff has failed to mitigate his damages.

EIGHTEENTH DEFENSE

21.     If Plaintiff suffered any of the injuries or damages as alleged in his Complaint, Home Depot owed no duty to Plaintiff nor was any duty breached.

NINETEENTH DEFENSE

22.     The alleged fault or misconduct of Home Depot was not a proximate cause of or a substantial factor in causing Plaintiff's injuries or damages as alleged in the Complaint.

TWENTIETH DEFENSE

      23.    Plaintiff's claims are barred by the failure to properly preserve evidence.

TWENTY-FIRST DEFENSE

      24.    Insofar as Plaintiff seeks recovery of punitive damages, Plaintiff's claims are barred by the provisions of the Fifth, Eighth, and Fourteenth Amendments of the United States Constitution and Article 1, Sections 5, 8 and 12 of the Hawaii Constitution.

TWENTY-SECOND DEFENSE

      25.    No act or omission of Home Depot was malicious, willful, wanton, reckless or grossly negligent and therefore, any award of punitive damages is barred.

TWENTY-THIRD DEFENSE

      26.    Home Depot gives notice that it may assert other defenses and other matters constituting an avoidance or affirmative defense as set forth in Rule 8(c) of the Hawaii Rules of Civil Procedure, and will seek leave to amend its answer to assert such defenses of which it may become aware of during the course of further investigation, discovery or trial in this matter.

      WHEREFORE, Home Depot prays for relief as follows:

      A.    That Plaintiff's Complaint against Home Depot be dismissed with prejudice and that Home Depot be awarded its attorneys' fees and costs;

      B.    That if it is determined that Plaintiff, Home Depot and/or any other party were negligent or at fault with respect to the events described in the Complaint, the apportionment of negligence or fault of each party be determined in accordance with 663-31 of the Hawaii Revised Statutes, as amended, and that judgment be rendered accordingly; and

C.      That the Court award Home Depot such other and further relief as it

deems just and equitable in the premises.

DATED:  Honolulu, Hawaii, June 15, 2020.


  /s/ Wesley H. H. Ching
WESLEY H. H. CHING
NICHOLAS P. CHING
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON, | CIVIL NO. 1CCV-20-0000607 |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copy of the foregoing document was duly served on the following, through the Judiciary Electronic Filing System at the email addressed indicated below, on the below signed date.

Arnold  Thielens Phillips                atp@atphillips.com
1188 Bishop Street, Suite 2907
Honolulu, Hawaii   96813

Attorney for Plaintiff
JAMIE M. MELLON

DATED:  Honolulu, Hawaii, June 15, 2020.

  /s/ Wesley H. H. Ching
WESLEY H. H. CHING
NICHOLAS P. CHING
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**15-JUN-2020**
**10:45 AM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | MONDAY, JUNE 15, 2020 10:45:37 AM |
| **Filing Parties:** | Wesley Ching |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 10-ANSWER TO COMPLAINT |
| **Document Name:** | 10-Defendant Home Depot U.S.A., Inc.'s Answer To Plaintiff's Complaint filed 04/18/20; Certificate Of Service |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

---

Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H. H. CHING        2896
whc@fmhc-law.com
NICHOLAS P. CHING         9743
npc@fmhc-law.com
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone:  (808) 533-4300
Facsimile:  (808) 531-7585

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
15-JUN-2020
10:51 AM

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>                    Plaintiff,<br><br>        vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>                    Defendants. | CIVIL NO. 1CCV-20-0000607<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT HOME DEPOT U.S.A., INC.'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC. DATED APRIL 18, 2020 |

CERTIFICATE OF SERVICE RE:
DEFENDANT HOME DEPOT U.S.A., INC.'S
RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF
DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES
TO DEFENDANT HOME DEPOT U.S.A., INC. DATED APRIL 18, 2020

I hereby certify that on  June 15, 2020  , a copy of DEFENDANT HOME

DEPOT U.S.A., INC.'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO

DEFENDANT HOME DEPOT U.S.A., INC. DATED APRIL 18, 2020, was duly served on

the following parties at their respective addresses by hand delivery or by depositing the same

in the United States mail, first class, and postage prepaid:

|  | HAND DELIVER | U.S. MAIL |
|---|---|---|
| Arnold  Thielens Phillips | X | |
| 1188 Bishop Street, Suite 2907 | | |
| Honolulu, Hawaii   96813 | | |

Attorney for Plaintiff
JAMIE M. MELLON

DATED:  Honolulu, Hawaii, June 15, 2020.


  /s/ Wesley H. H. Ching
WESLEY H. H. CHING
NICHOLAS P. CHING
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

2

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
15-JUN-2020
10:51 AM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---:|:---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | MONDAY, JUNE 15, 2020 10:51:57 AM |
| **Filing Parties:** | Wesley Ching |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 12-Certificate of Service |
| **Document Name:** | 12-Certificate Of Service Re: Defendant Home Depot U.S.A., Inc.'s Responses to Plaintiff's Requests for Production of Documents and Requests for Answers To Interrogatories to Defendant Home Depot U.S.A., Inc. dated 04/18/20 |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

---

Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
05-AUG-2020
02:37 PM

WESLEY H. H. CHING        2896
whc@fmhc-law.com
NICHOLAS P. CHING         9743
npc@fmhc-law.com
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
Facsimile: (808) 531-7585

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>                Plaintiff,<br><br>        vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>                Defendants. | CIVIL NO. 1CCV-20-0000607<br><br>**CERTIFICATE OF SERVICE**<br>RE: DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST AMENDED RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC. |

## CERTIFICATE OF SERVICE
RE: DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST AMENDED RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC.

I hereby certify that on August 5, 2020, a copy of DEFENDANT HOME DEPOT U.S.A.,

INC.'S **FIRST AMENDED** RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF

DOCUMENTS AND REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT

HOME DEPOT U.S.A., INC., was duly served on the following parties at their respective addresses by

hand delivery or by depositing the same in the United States mail, first class, postage prepaid:

|                                      | HAND DELIVER | U.S. MAIL |
|--------------------------------------|:------------:|:---------:|
| Arnold  Thielens Phillips            | X            |           |
| 1188 Bishop Street, Suite 2907       |              |           |
| Honolulu, Hawaii   96813             |              |           |
|                                      |              |           |
| Attorney for Plaintiff               |              |           |
| JAMIE M. MELLON                      |              |           |

DATED:  Honolulu, Hawaii, August 5, 2020.

  /s/ Wesley H. H. Ching
WESLEY H. H. CHING
NICHOLAS P. CHING

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

2

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**05-AUG-2020**
**02:37 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | WEDNESDAY, AUGUST 5, 2020 02:37:08 PM |
| **Filing Parties:** | Wesley Ching |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 14-Certificate of Service |
| **Document Name:** | 14-Certificate Of Service Re: Defendant Home Depot U.S.A., Inc.'s First Amended Responses To Plaintiff's Requests for Production Of Documents and Requests for Answers to Interrogatories to Defendant Home Depot U.S.A., Inc. |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

---

1 of 1

Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
24-AUG-2020
04:53 PM

WESLEY H. H. CHING       2896
whc@fmhc-law.com
NICHOLAS P. CHING        9743
npc@fmhc-law.com
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
Facsimile: (808) 531-7585

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>                 Plaintiff,<br><br>    vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>               Defendants. | CIVIL NO. 1CCV-20-0000607<br><br>**PROPOSED** STIPULATION FOR PROTECTIVE ORDER; EXHIBIT "A" |

**PROPOSED** STIPULATION FOR PROTECTIVE ORDER

Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H. H. CHING          2896
whc@fmhc-law.com
NICHOLAS P. CHING           9743
npc@fmhc-law.com
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
Facsimile: (808) 531-7585

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>                    Plaintiff,<br><br>        vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>                    Defendants. | CIVIL NO. 1CCV-20-0000607<br><br>STIPULATION FOR PROTECTIVE ORDER; EXHIBIT "A" |

STIPULATION FOR PROTECTIVE ORDER

The discovery sought by the parties in the above-styled case is likely to involve production of documents and things containing business, competitive, proprietary, trade secret or other information of a sensitive nature about the party (or of another person which information the party is under a duty to maintain in confidence), hereafter referred to as "Confidential Information," and

witness testimony containing Confidential Information.  Accordingly, the parties having agreed to enter into this Confidentiality Stipulation and Protective Order ("the Order") to govern the production of documents and testimony that contains Confidential Information, and for good cause shown, the Court hereby ORDERS as follows:

**<u>Designation of Confidential Information</u>**

1.     *Designation of Material.*  Documents and other things claimed to be or to contain Confidential Information shall, prior to production, be marked by the producing party as "Confidential." Placement of the "Confidential" designation on each protected page or on the initial page of a protected document when it is produced shall constitute notice and shall designate the document as Confidential material. Copies, extracts, summaries, notes, and other derivatives of Confidential material also shall be deemed Confidential material and shall be subject to the provisions of this Order.

2.     *Subsequent Designation.*  Documents and/or materials produced in the litigation that are not identified as Confidential Information when they were initially produced may within a reasonable time thereafter be designated as Confidential by the producing party, or by the party or parties receiving the production, or by a person, by providing written notice to counsel for all other parties and to any person who may be involved. Each party or person who receives such written notice shall endeavor to retrieve any Confidential Information that may have been disseminated, shall affix a "Confidential" designation to it, and shall thereafter distribute it only as allowed by this Order. No distribution prior to the receipt of such written notice shall be deemed a violation of this Order.

3.     *Designation of Depositions.*  Depositions or portions thereof upon oral or written questions may be classified as Confidential Information either by an examining party's attorney or

by an attorney defending or attending the deposition. A party claiming that a deposition or any portion thereof is Confidential Information shall give notice of such claim to the other affected parties and persons either prior to or during the deposition, or within thirty (30) days after receipt of the deposition transcript, and the testimony taken and the transcript of such deposition or portion thereof shall be designated as Confidential.

4.      *Modification of Designation.*  The designation of Confidential Information by the producing party shall not be determinative and may be modified or eliminated at any time in one of two ways, as explained below.

(a)      The producing party may agree in writing to downgrade or eliminate the Confidential designation concerning any material it produced.

(b)      If the parties cannot agree as to the designation of any particular information or material after good faith discussion, the receiving party may move the Court to downgrade or eliminate the "Confidential" designation. The burden of proving that the information has been properly designated as protected shall be on the party who made the original designation.

## Access to Confidential Information

5.      *General Access.*  Except as otherwise expressly provided herein or ordered by the Court, Confidential Information may be revealed only as follows:

(a)      To outside counsel for a party hereto (and secretaries, paralegals, and other staff employed in the offices of such outside counsel who are working on the litigation), provided that outside counsel who are not of record must first sign and deliver to counsel of record for each other party or parties a letter in the form of Exhibit A hereto.

(b)     To the parties after they have been given a copy of this Confidentiality Stipulation by their outside counsel and signed a letter in the form of Exhibit A.

(c)     To the Court and to court personnel provided the Confidential Information is filed under seal; and to court reporters transcribing a deposition, hearing, or other proceeding in this matter who sign Exhibit A attached hereto (excluding court-appointed court reporters) and provided the Confidential Information is marked as such on the record.

(d)     To independent experts and independent consultants (meaning a person who is not an employee, officer, director, or owner in any capacity of a party and who is retained by a party or a party's outside counsel in good faith for the purpose of assisting in this litigation) who sign Exhibit A attached hereto.

(e)     To witnesses who shall sign the Certification (annexed to this Protective Order as Exhibit "A") before being shown or given any Confidential Information. Confidential Information may be disclosed to a witness who will not sign the Certification only in an oral deposition, court hearing, court trial or arbitration at which the party who designated the Confidential Information is represented or has been given notice that Confidential Information shall be designated "Confidential" pursuant to paragraph 1 above. Witnesses shown Confidential Information shall not be allowed to retain copies.

Nothing herein shall prevent the producing party from showing the documents or information to an employee of that party.

6.      *No Copies/Notes.*  Except for internal use by outside counsel for the parties hereto, for Court and deposition copies, and for such use as is expressly permitted under the terms hereof,

no person granted access to Confidential Information shall make copies, reproductions, transcripts, or facsimiles of the same or any portion thereof or shall take notes or otherwise summarize the contents of such Confidential Information.

7.      *Disputes over Access.*  If a dispute arises as to whether a particular person should be granted access to Confidential Information, the party seeking disclosure may move the Court to permit the disclosure and must obtain an order of the Court before disclosing the information.

## Use of Confidential Information

8.      *Use in this Litigation Only.*  Confidential Information may be used only for purposes of this litigation.  Each person to whom the disclosure of any Confidential Information is made shall not, directly or indirectly, use, disclose, or disseminate, or attempt to use, disclose, or disseminate, any of the same except as expressly provided herein.

9.      *Use at Depositions.*  If Confidential Information is to be discussed or disclosed during a deposition, the producing party shall have the right to exclude from attendance at the deposition, during the time the Confidential Information is to be discussed, any person not entitled under this Order to receive the Confidential Information.

10.     *Use at Court Hearings and Trial.*  Subject to the Hawaii Rules of Evidence, Confidential Information may be offered into evidence at trial or at any hearing or oral argument, provided that the proponent of the evidence containing Confidential Information gives reasonable advance notice to the Court and counsel for the producing or designating party. Any party may move the Court for an order that the evidence be received in camera or under other conditions to prevent unnecessary disclosure. If presented at trial, the status of evidence as Confidential Information shall not be disclosed to the finder of fact.

11.     *Filing Under Seal.*  No party shall file or submit for filing as part of the court record any documents under seal without first obtaining leave of court.  Notwithstanding any agreement among the parties, the party seeking to file a paper under seal bears the burden of overcoming the presumption in favor of public access to papers filed in court.

12.     *Reasonable Precautions.*  Counsel for each party shall take all reasonable precautions to prevent unauthorized or inadvertent disclosure of any Confidential Information.

13.     *Return/Destroy After Litigation.*  All provisions of this Protective Order restricting the communication or use of Confidential Information shall continue to be binding after the final conclusion of this action, unless otherwise agreed or ordered.  Within thirty (30) days of the final conclusion of this litigation by judgment, appeal, settlement, or otherwise, or sooner if so ordered by the Court, counsel and all persons listed in paragraph 5 in the possession of Confidential Information, other than that which is contained in pleadings, correspondence, and deposition transcripts, shall either (a) return such documents to counsel for the party who provided such information, or (b) destroy such documents within the time period upon consent of the party who provided the information and certify in writing within thirty (30) days that the documents have been destroyed.

## Other Provisions

14.     *Not an Admission.*  Nothing in this Order shall constitute an admission by the party that information designated as Confidential is actually Confidential Information. Furthermore, nothing contained herein shall preclude the parties or a person from raising any available objection, or seeking any available protection with respect to any Confidential Information, including but not limited to the grounds of admissibility of evidence, materiality, trial preparation materials and privilege.  Nothing herein shall be deemed to waive any applicable privilege or work product

protection, or to affect the ability of a party or additional party to seek relief for an inadvertent disclosure of material protected by privilege or work product protection.

15.    *Miscellaneous.*  This Order shall apply to the production of all materials whether or not such materials are informally produced or produced in response to a formal discovery request or a Court order in this litigation. This Order may be used to protect the confidentiality of the residential addresses and social security numbers of the parties and of any and all current or former employees of either of the parties or their affiliates.  A party or additional party may designate as "Confidential" documents or discovery materials produced by a non-party or obtained from the records of a non-party by providing written notice to all parties of the relevant document numbers or other identification within thirty (30) days after the execution of this Protective Order, and thereafter, within thirty (30) days after receiving such documents or discovery materials.

DATED:  Honolulu, Hawaii, _____, 2020.

APPROVED AND SO ORDERED:

_____
Judge of the above entitled Court

APPROVED AS TO FORM:

/s/ Arnold T. Phillips II
_____
ARNOLD THIELENS PHILLIPS
Attorney for Plaintiff
JAMIE M. MELLON

/s/ Nicholas P. Ching

_____

WESLEY H. H. CHING
NICHOLAS P. CHING
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

JAMIE M. MELLON vs. HOME DEPOT U.S.A., INC.; CIVIL NO. 1CCV-20-0000607; FIRST CIRCUIT COURT, STATE OF HAWAII; STIPULATION FOR PROTECTIVE ORDER

**EXHIBIT "A"** TO AGREEMENT CONCERNING INFORMATION COVERED BY
<u>STIPULATION AND PROTECTIVE ORDER</u>

I have been designated by _____ as a person who may have

access to Confidential Information as that term is defined in the Confidentiality Stipulation and

Protective Order (the "Order") entered in the above-entitled case, Civil No. 1CCV-20-0000607.

Having read the Order, I agree to comply fully with it and to be bound by its terms with

respect to all documents and information designated as "Confidential" under the Order.  I agree

not to copy any documents or information that have been designated as "Confidential" and

disclosed to me and not to disclose such documents or information to any person or entity not

authorized under the Order to view Confidential Information.  I hereby consent to the jurisdiction

of the Circuit Court of the First Circuit of the State of Hawaii for the purpose of enforcing the

Protective Order.  I declare under penalty of perjury under the laws of the State of Hawaii that the

foregoing is true and correct.

DATED: _____.

Signature: _____


Print Name: _____

Address: _____

City: _____

State: _____

Zip Code: _____

Telephone Number: _____

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
24-AUG-2020
04:53 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---:|:---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | MONDAY, AUGUST 24, 2020 04:53:58 PM |
| **Filing Parties:** | Nicholas Ching |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 16-Proposed Document |
| **Document Name:** | 16-PROPOSED Stipulation for Protective Order; Exhibit A |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

---

Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H. H. CHING         2896
whc@fmhc-law.com
NICHOLAS P. CHING          9743
npc@fmhc-law.com
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
Facsimile: (808) 531-7585

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**02-SEP-2020**
**01:12 PM**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>                    Plaintiff,<br><br>     vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>                    Defendants. | CIVIL NO. 1CCV-20-0000607<br><br>STIPULATION FOR PROTECTIVE ORDER; EXHIBIT "A" |

STIPULATION FOR PROTECTIVE ORDER

The discovery sought by the parties in the above-styled case is likely to involve production of documents and things containing business, competitive, proprietary, trade secret or other information of a sensitive nature about the party (or of another person which information the party is under a duty to maintain in confidence), hereafter referred to as "Confidential Information," and

2

witness testimony containing Confidential Information.  Accordingly, the parties having agreed to enter into this Confidentiality Stipulation and Protective Order ("the Order") to govern the production of documents and testimony that contains Confidential Information, and for good cause shown, the Court hereby ORDERS as follows:

## Designation of Confidential Information

1.     *Designation of Material.*  Documents and other things claimed to be or to contain Confidential Information shall, prior to production, be marked by the producing party as "Confidential." Placement of the "Confidential" designation on each protected page or on the initial page of a protected document when it is produced shall constitute notice and shall designate the document as Confidential material. Copies, extracts, summaries, notes, and other derivatives of Confidential material also shall be deemed Confidential material and shall be subject to the provisions of this Order.

2.     *Subsequent Designation.*  Documents and/or materials produced in the litigation that are not identified as Confidential Information when they were initially produced may within a reasonable time thereafter be designated as Confidential by the producing party, or by the party or parties receiving the production, or by a person, by providing written notice to counsel for all other parties and to any person who may be involved. Each party or person who receives such written notice shall endeavor to retrieve any Confidential Information that may have been disseminated, shall affix a "Confidential" designation to it, and shall thereafter distribute it only as allowed by this Order. No distribution prior to the receipt of such written notice shall be deemed a violation of this Order.

3.     *Designation of Depositions.*  Depositions or portions thereof upon oral or written questions may be classified as Confidential Information either by an examining party's attorney or

by an attorney defending or attending the deposition. A party claiming that a deposition or any portion thereof is Confidential Information shall give notice of such claim to the other affected parties and persons either prior to or during the deposition, or within thirty (30) days after receipt of the deposition transcript, and the testimony taken and the transcript of such deposition or portion thereof shall be designated as Confidential.

4.     *Modification of Designation.*  The designation of Confidential Information by the producing party shall not be determinative and may be modified or eliminated at any time in one of two ways, as explained below.

(a)     The producing party may agree in writing to downgrade or eliminate the Confidential designation concerning any material it produced.

(b)     If the parties cannot agree as to the designation of any particular information or material after good faith discussion, the receiving party may move the Court to downgrade or eliminate the "Confidential" designation. The burden of proving that the information has been properly designated as protected shall be on the party who made the original designation.

## Access to Confidential Information

5.     *General Access.*  Except as otherwise expressly provided herein or ordered by the Court, Confidential Information may be revealed only as follows:

(a)     To outside counsel for a party hereto (and secretaries, paralegals, and other staff employed in the offices of such outside counsel who are working on the litigation), provided that outside counsel who are not of record must first sign and deliver to counsel of record for each other party or parties a letter in the form of Exhibit A hereto.

(b)      To the parties after they have been given a copy of this Confidentiality Stipulation by their outside counsel and signed a letter in the form of Exhibit A.

(c)      To the Court and to court personnel provided the Confidential Information is filed under seal; and to court reporters transcribing a deposition, hearing, or other proceeding in this matter who sign Exhibit A attached hereto (excluding court-appointed court reporters) and provided the Confidential Information is marked as such on the record.

(d)      To independent experts and independent consultants (meaning a person who is not an employee, officer, director, or owner in any capacity of a party and who is retained by a party or a party's outside counsel in good faith for the purpose of assisting in this litigation) who sign Exhibit A attached hereto.

(e)      To witnesses who shall sign the Certification (annexed to this Protective Order as Exhibit "A") before being shown or given any Confidential Information. Confidential Information may be disclosed to a witness who will not sign the Certification only in an oral deposition, court hearing, court trial or arbitration at which the party who designated the Confidential Information is represented or has been given notice that Confidential Information shall be designated "Confidential" pursuant to paragraph 1 above. Witnesses shown Confidential Information shall not be allowed to retain copies.

Nothing herein shall prevent the producing party from showing the documents or information to an employee of that party.

6.     *No Copies/Notes.*  Except for internal use by outside counsel for the parties hereto, for Court and deposition copies, and for such use as is expressly permitted under the terms hereof,

no person granted access to Confidential Information shall make copies, reproductions, transcripts, or facsimiles of the same or any portion thereof or shall take notes or otherwise summarize the contents of such Confidential Information.

7.      *Disputes over Access.*  If a dispute arises as to whether a particular person should be granted access to Confidential Information, the party seeking disclosure may move the Court to permit the disclosure and must obtain an order of the Court before disclosing the information.

## Use of Confidential Information

8.      *Use in this Litigation Only.*  Confidential Information may be used only for purposes of this litigation.  Each person to whom the disclosure of any Confidential Information is made shall not, directly or indirectly, use, disclose, or disseminate, or attempt to use, disclose, or disseminate, any of the same except as expressly provided herein.

9.      *Use at Depositions.*  If Confidential Information is to be discussed or disclosed during a deposition, the producing party shall have the right to exclude from attendance at the deposition, during the time the Confidential Information is to be discussed, any person not entitled under this Order to receive the Confidential Information.

10.     *Use at Court Hearings and Trial.*  Subject to the Hawaii Rules of Evidence, Confidential Information may be offered into evidence at trial or at any hearing or oral argument, provided that the proponent of the evidence containing Confidential Information gives reasonable advance notice to the Court and counsel for the producing or designating party. Any party may move the Court for an order that the evidence be received in camera or under other conditions to prevent unnecessary disclosure. If presented at trial, the status of evidence as Confidential Information shall not be disclosed to the finder of fact.

11.     *Filing Under Seal.*  No party shall file or submit for filing as part of the court record any documents under seal without first obtaining leave of court.  Notwithstanding any agreement among the parties, the party seeking to file a paper under seal bears the burden of overcoming the presumption in favor of public access to papers filed in court.

12.     *Reasonable Precautions.*  Counsel for each party shall take all reasonable precautions to prevent unauthorized or inadvertent disclosure of any Confidential Information.

13.     *Return/Destroy After Litigation.*  All provisions of this Protective Order restricting the communication or use of Confidential Information shall continue to be binding after the final conclusion of this action, unless otherwise agreed or ordered.  Within thirty (30) days of the final conclusion of this litigation by judgment, appeal, settlement, or otherwise, or sooner if so ordered by the Court, counsel and all persons listed in paragraph 5 in the possession of Confidential Information, other than that which is contained in pleadings, correspondence, and deposition transcripts, shall either (a) return such documents to counsel for the party who provided such information, or (b) destroy such documents within the time period upon consent of the party who provided the information and certify in writing within thirty (30) days that the documents have been destroyed.

## Other Provisions

14.     *Not an Admission.*  Nothing in this Order shall constitute an admission by the party that information designated as Confidential is actually Confidential Information. Furthermore, nothing contained herein shall preclude the parties or a person from raising any available objection, or seeking any available protection with respect to any Confidential Information, including but not limited to the grounds of admissibility of evidence, materiality, trial preparation materials and privilege.  Nothing herein shall be deemed to waive any applicable privilege or work product

protection, or to affect the ability of a party or additional party to seek relief for an inadvertent disclosure of material protected by privilege or work product protection.

15.     *Miscellaneous.*  This Order shall apply to the production of all materials whether or not such materials are informally produced or produced in response to a formal discovery request or a Court order in this litigation. This Order may be used to protect the confidentiality of the residential addresses and social security numbers of the parties and of any and all current or former employees of either of the parties or their affiliates.  A party or additional party may designate as "Confidential" documents or discovery materials produced by a non-party or obtained from the records of a non-party by providing written notice to all parties of the relevant document numbers or other identification within thirty (30) days after the execution of this Protective Order, and thereafter, within thirty (30) days after receiving such documents or discovery materials.

DATED:  Honolulu, Hawaii, _____September 2_____, 2020.

APPROVED AND SO ORDERED:

/s/ Dean E. Ochiai

_____
Judge of the above entitled Court

APPROVED AS TO FORM:

/s/ Arnold T. Phillips II

_____
ARNOLD THIELENS PHILLIPS
Attorney for Plaintiff
JAMIE M. MELLON

8

/s/ Nicholas P. Ching

_____

WESLEY H. H. CHING
NICHOLAS P. CHING
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

JAMIE M. MELLON vs. HOME DEPOT U.S.A., INC.; CIVIL NO. 1CCV-20-0000607; FIRST CIRCUIT COURT,
STATE OF HAWAII; STIPULATION FOR PROTECTIVE ORDER

**EXHIBIT "A"** TO AGREEMENT CONCERNING INFORMATION COVERED BY
STIPULATION AND PROTECTIVE ORDER

I have been designated by _____ as a person who may have

access to Confidential Information as that term is defined in the Confidentiality Stipulation and

Protective Order (the "Order") entered in the above-entitled case, Civil No. 1CCV-20-0000607.

Having read the Order, I agree to comply fully with it and to be bound by its terms with

respect to all documents and information designated as "Confidential" under the Order.  I agree

not to copy any documents or information that have been designated as "Confidential" and

disclosed to me and not to disclose such documents or information to any person or entity not

authorized under the Order to view Confidential Information.  I hereby consent to the jurisdiction

of the Circuit Court of the First Circuit of the State of Hawaii for the purpose of enforcing the

Protective Order.  I declare under penalty of perjury under the laws of the State of Hawaii that the

foregoing is true and correct.

DATED: _____.

Signature: _____


Print Name: _____

Address: _____

City: _____

State: _____

Zip Code: _____

Telephone Number: _____

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
02-SEP-2020
01:12 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|                        |                                                      |
|-----------------------:|------------------------------------------------------|
| **Case ID:**           | 1CCV-20-0000607                                      |
| **Title:**             | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:**| WEDNESDAY, SEPTEMBER 2, 2020 01:12:15 PM            |
| **Filing Parties:**    | Wesley Ching                                        |
|                        | Nicholas Ching                                      |
| **Case Type:**         | Circuit Court Civil                                 |
| **Lead Document(s):**  |                                                      |
| **Supporting Document(s):** | 18-Stipulation to _____                  |
| **Document Name:**     | 18-Stipulation for Protective Order; Exhibit "A"    |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
08-SEP-2020
01:18 PM

WESLEY H. H. CHING        2896
whc@fmhc-law.com
NICHOLAS P. CHING        9743
npc@fmhc-law.com
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
Facsimile: (808) 531-7585

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>             Plaintiff,<br><br>      vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>             Defendants. | CIVIL NO. 1CCV-20-0000607<br><br>**CERTIFICATE OF SERVICE RE:**<br>1)  DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JAMIE M. MELLON; AND<br>2)  DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JAMIE M. MELLON |

**CERTIFICATE OF SERVICE RE:**
1)  DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST REQUEST
FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JAMIE M. MELLON
2)  DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JAMIE M. MELLON

I hereby certify that on September 8, 2020, copies of the following:

1)  DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST REQUEST FOR ANSWERS TO

INTERROGATORIES TO PLAINTIFF JAMIE M. MELLON; and 2)  DEFENDANT HOME

DEPOT U.S.A., INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO

PLAINTIFF JAMIE M. MELLON, was duly served on the following parties at their respective

addresses by hand delivery or by depositing the same in the United States mail, first class,

postage prepaid:

|  | HAND DELIVER | U.S. MAIL |
|---|---|---|
| Arnold  Thielens Phillips | X | |
| 1188 Bishop Street, Suite 2907 | *(& Via Email)* | |
| Honolulu, Hawaii   96813 | | |

Attorney for Plaintiff
JAMIE M. MELLON

DATED:  Honolulu, Hawaii, September 8, 2020.

  /s/ Wesley H. H. Ching
WESLEY H. H. CHING
NICHOLAS P. CHING

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

2

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
08-SEP-2020
01:18 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | TUESDAY, SEPTEMBER 8, 2020 01:18:06 PM |
| **Filing Parties:** | Wesley Ching |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 20-Certificate of Service |
| **Document Name:** | 20-CERTIFICATE OF SERVICE RE: 1) Defendant Home Depot U.S.A., Inc.'s First Request For Answers To Interrogatories To Plaintiff Jamie M. Mellon; and 2) Defendant Home Depot U.S.A., Inc.'s First Request For Production Of Documents to Plaintiff Jamie M. Mellon |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

---

Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
10-SEP-2020
03:38 PM**

WESLEY H. H. CHING    2896
whc@fmhc-law.com
NICHOLAS P. CHING    9743
npc@fmhc-law.com
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
Facsimile: (808) 531-7585

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

### IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

### STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>              Plaintiff,<br><br>    vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>              Defendants. | CIVIL NO. 1CCV-20-0000607<br><br>NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; INTERROGATORIES; EXHIBIT A; CERTIFICATE OF SERVICE<br><br><u>Custodian of Records</u><br>Honolulu Police Department |

### NOTICE OF TAKING DEPOSITION
### <u>UPON WRITTEN INTERROGATORIES</u>

TO:    ARNOLD THIELENS PHILLIPS, ESQ.
        1188 Bishop Street, Ste. 3003
        Honolulu, Hawaii 96813
        Email: atp@atphillips.com

        Attorney for Plaintiff
        JAMIE M. MELLON

PLEASE TAKE NOTICE that attorneys for Defendant HOME DEPOT U.S.A., INC. will take the deposition of the following witness or the employee in charge of records, on the date and at the time indicated, <u>at the offices of Ralph Rosenberg Court Reporters, located at 1001 Bishop Street, Suite 2460, Honolulu, Hawaii [Telephone: 524-2090]</u>, before a notary public duly authorized to administer oaths:

<u>NAME/ADDRESS</u>                                        <u>DATE/TIME</u>

Custodian of Records                            Wednesday, September 23, 2020 at 9:00 a.m.
Honolulu Police Department
801 S. Beretania Street
Honolulu, Hawaii 96813

Said deposition will be upon written questions, a copy of which is herewith served upon you, and such cross, re-direct, and re-cross questions as may be duly served herein.

Said deponent will be required by Subpoena Duces Tecum to bring with him/her and have available for production the original and/or true and correct legible copies of all documents referenced on the attached Exhibit.

Said deposition upon written questions shall be taken pursuant to Rules 28(a), 31 and 45 of the Hawaii Rules of Civil Procedure.

Dated:  Honolulu, Hawaii, September 10, 2020.


    /s/ Wesley H. H. Ching
WESLEY H. H. CHING
NICHOLAS P. CHING
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

2

## **INTERROGATORIES**

Interrogatories to be propounded to witness named in attached notice, whose address is set forth in the attached notice, on behalf of the Petitioner herein, by an officer authorized by law to administer oaths, from the offices of Ralph Rosenberg Court Reporters, 1001 Bishop Street, Suite 2460, Honolulu, Hawaii.

1. Please state your name.

2. What is your residence address?

3. Are you employed?

4. What is your employer's name?

5. What is your employer's address?

6. What is your job or position with your employer?

7. In that position, do you have under your care, custody, and control any and all records kept by your employer?

8. Among your employer's records under your care, custody, and control, are there records pertaining to the records requested in the Subpoena Duces Tecum served upon you for any and all records and/or documents as more fully described in the attached Exhibit "A", these records hereinafter referred to as "the above-mentioned documents"?

9. Were you served with a subpoena requiring your appearance before a notary public for the purpose of answering these questions and requiring you to bring with you any and all of your employer's records pertaining to the above-mentioned documents?

10. Were those records made or kept in the regular course of business?

11.     Were those records made at or near the time of the event(s), condition(s), or circumstance(s) set forth in them?

12.     Do you have all of those documents with you?

13.     Are those documents complete?

14.     Has any portion of those documents ever been removed from you care, custody, and control prior to this time?

15.     If so, when and by whom?

16.     Has any portion of those documents ever been altered prior to this time?

17.     If so, when and by whom?

18.     What identifies those documents as pertaining to the documents described in the subpoena?

19.     Would you please turn over to the notary public at this time the originals or complete and legible copies of any and all of the subpoenaed documents which you have brought with you pursuant to the requirements of the subpoena with which you were served.

20.     Please describe briefly but completely so that they may be readily identified, the documents which you have turned over to the notary public.

21.     Please describe briefly but completely so they may be readily identified, any of your employer's subpoenaed documents which you have not turned over to the notary public, including both those documents which you have brought with you and those documents which you have not brought with you.

Dated:  Honolulu, Hawaii, September 10, 2020.

        /s/ Wesley H. H. Ching
_____
WESLEY H. H. CHING
NICHOLAS P. CHING
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

| **STATE OF HAWAIʻI**<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | **SUBPOENA**<br>**NOTICE TO APPEAR**<br>✓ **SUBPOENA DUCES TECUM** | |
|---|---|---|

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**10-SEP-2020**
**03:38 PM**

CASE NUMBER
Civil No. 1CCV-20-0000607

CASE NAME
JAMIE M. MELLON

v.

HOME DEPOT U.S.A., INC., et al.

ATTORNEY (NAME and ADDRESS)
Wesley H.H. Ching 2896-0
Nicholas P. Ching 9743-0
841 Bishop Street Suite 1200
Honolulu, Hawaii 96813
Telephone: 808-533-4300

**THE STATE OF HAWAIʻI TO:**
**ANY OFFICER AUTHORIZED BY LAW TO**
**SERVE SUBPOENAS IN THE STATE OF HAWAIʻI**
**YOU ARE COMMANDED** to subpoena the individual
named below.

COMMENTS:

See attached page for list of documents to produce.

NAME AND ADDRESS OF WITNESS
Custodian of Records
Honolulu Police Department
801 S. Beretania Street
Honolulu, Hawaii 96813

ATTACH CONTINUATION PAGE IF NEEDED

WITNESS, YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☐ PLAINTIFF   ✓ DEFENDANT

✓  You are further ordered to bring with you the items listed in the comments section.

| DATE<br>September 23, 2020 | TIME<br>9:00 a.m. |
|---|---|

LOCATION/ROOM
Ralph Rosenberg Court Reporters, 1001 Bishop Street Suite 2460, Honolulu, HI 96813
Telephone: 808-524-2090

DISOBEDIENCE of this subpoena may be punished as contempt by this court.

The original document is filed in the
Judiciary's electronic case management
system which is accessible via eCourt Kokua
at: http://www.courts.state.hi.us

**Effective Date of 28-Oct-2019**
**Signed by: /s/ Patsy Nakamoto**
**Clerk, 1st Circuit, State of Hawaiʻi**





In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a
reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on
OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or
appointment date.

## EXHIBIT A

| **STATE OF HAWAIʻI**<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | **SUBPOENA**<br>**NOTICE TO APPEAR**<br>✓ **SUBPOENA DUCES TECUM** | CASE NUMBER<br>Civil No. 1CCV-20-000060 |
|---|---|---|

Page  2  , continuation

Deponent is required to bring with him/her and have available for production the original and/or true and correct legible copies of the following documents:

Any and all police reports and records for the time period of 2008 to the present concerning, relating to, or involving the following individual: JAMIE M. MELLON, also known as JAMIE MOLNER, whose date of birth is August 7, 1975; including but not limited to: any and all police report; incident reports; citations; investigative reports; follow up reports; witness statements (written and/or audio); any police reports and/or records concerning an May 26, 2018 incident at Home Depot in Kapiolei; and any other documents and things concerning or relating to JAMIE M. MELLON, also known as JAMIE MOLNER.

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

| **STATE OF HAWAI'I**<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | **SUBPOENA /**<br>**SUBPOENA DUCES TECUM**<br>**RETURN OF SERVICE** | |
|---|---|---|
| CASE NUMBER<br>Civil No. 1CCV-20-0000607<br><br>CASE NAME<br>JAMIE M. MELLON<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al. | NAME AND ADDRESS OF WITNESS<br><br>Custodian of Records<br>Honolulu Police Department<br>801 S. Beretania Street<br>Honolulu, Hawaii 96813 | |

| SERVICE WAS MADE AT: | DATE: | TIME: | PLACE: |
|---|---|---|---|
| | | | |

Comment(s):

☐ I served the above named person.

☐ I served this subpoena on another individual. (explain)

Comment(s):

☐ Unable to serve:

Comment(s):

☐ Cancelled

| DATE: | TYPE OR PRINT NAME OF SERVER: | SIGNATURE |
|---|---|---|
| | | |

In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**10-SEP-2020**
**03:38 PM**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON, | CIVIL NO. 1CCV-20-0000607 |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copy of the foregoing document was duly served on the following, through the Judiciary Electronic Filing System at the email addressed indicated below, on the below signed date.

Arnold Thielens Phillips                atp@atphillips.com
1188 Bishop Street, Suite 2907
Honolulu, Hawaii   96813

Attorney for Plaintiff

DATED:  Honolulu, Hawaii, September 10, 2020.

   /s/ Wesley H. H. Ching

WESLEY H. H. CHING
NICHOLAS P. CHING
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
10-SEP-2020
03:38 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | THURSDAY, SEPTEMBER 10, 2020 03:38:29 PM |
| **Filing Parties:** | Wesley Ching |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 22-Notice of Taking Deposition |
| | 23-Exhibit |
| | 24-Certificate of Service |
| **Document Name:** | 22-Notice of Taking Deposition Upon Written Interrogatories; Interrogatories |
| | (Custodian of Records:  Honolulu Police Department) |
| | 23-Exhibit "A" |
| | 24-Certificate of Service |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

<table>
<tr><td>

**STATE OF HAWAIʻI**
CIRCUIT COURT OF THE
FIRST CIRCUIT

</td><td colspan="2">

**SUBPOENA**
**NOTICE TO APPEAR**
✓ **SUBPOENA DUCES TECUM**

</td></tr>
</table>

| CASE NUMBER<br>Civil No. 1CCV-20-0000607 | CASE NAME<br><br>JAMIE M. MELLON<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al. | **Electronically Filed**<br>**FIRST CIRCUIT**<br>**1CCV-20-0000607**<br>**10-SEP-2020**<br>**03:40 PM** |
|---|---|---|
| ATTORNEY (NAME and ADDRESS)<br> Wesley H.H. Ching 2896-0<br> Nicholas P. Ching 9743-0<br> 841 Bishop Street Suite 1200<br> Honolulu, Hawaii 96813<br> Telephone: 808-533-4300 | | |

**THE STATE OF HAWAIʻI TO:**
**ANY OFFICER AUTHORIZED BY LAW TO
SERVE SUBPOENAS IN THE STATE OF HAWAIʻI
YOU ARE COMMANDED** to subpoena the individual
named below.

COMMENTS:

See attached page for list of documents to produce.

| NAME AND ADDRESS OF WITNESS |
|---|
| Custodian of Records<br>Honolulu Police Department<br>801 S. Beretania Street<br>Honolulu, Hawaii 96813 |

ATTACH CONTINUATION PAGE IF NEEDED

WITNESS, YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☐ PLAINTIFF   ✓ DEFENDANT

✓ You are further ordered to bring with you the items listed in the comments section.

| DATE<br><br>September 23, 2020 | TIME<br><br>9:00 a.m. |
|---|---|
| LOCATION/ROOM<br> Ralph Rosenberg Court Reporters, 1001 Bishop Street Suite 2460, Honolulu, HI 96813<br> Telephone: 808-524-2090 | |

DISOBEDIENCE of this subpoena may be punished as contempt by this court.

| The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http://www.courts.state.hi.us | **Effective Date of 28-Oct-2019**<br>**Signed by: /s/ Patsy Nakamoto**<br>**Clerk, 1st Circuit, State of Hawaiʻi** |  |
|---|---|---|

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

| **STATE OF HAWAI'I**<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | **SUBPOENA**<br>**NOTICE TO APPEAR**<br>✓ **SUBPOENA DUCES TECUM** | CASE NUMBER<br><br>Civil No. 1CCV-20-000060 |
| --- | --- | --- |

Page  2   , continuation

Deponent is required to bring with him/her and have available for production the original and/or true and correct legible copies of the following documents:

Any and all police reports and records for the time period of 2008 to the present concerning, relating to, or involving the following individual: JAMIE M. MELLON, also known as JAMIE MOLNER, whose date of birth is August 7, 1975; including but not limited to: any and all police report; incident reports; citations; investigative reports; follow up reports; witness statements (written and/or audio); any police reports and/or records concerning an May 26, 2018 incident at Home Depot in Kapiolei; and any other documents and things concerning or relating to JAMIE M. MELLON, also known as JAMIE MOLNER.

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

| **STATE OF HAWAI'I** **CIRCUIT COURT OF THE** **FIRST CIRCUIT** | **SUBPOENA /** **SUBPOENA DUCES TECUM** **RETURN OF SERVICE** | |
|---|---|---|
| CASE NUMBER Civil No. 1CCV-20-0000607 | NAME AND ADDRESS OF WITNESS Custodian of Records Honolulu Police Department 801 S. Beretania Street Honolulu, Hawaii 96813 | |
| CASE NAME JAMIE M. MELLON v. HOME DEPOT U.S.A., INC., et al. | | |

| **SERVICE WAS MADE AT:** | **DATE:** | **TIME:** | **PLACE:** |
|---|---|---|---|
| | | | |

Comment(s):

☐ I served the above named person.

☐ I served this subpoena on another individual. (explain)

Comment(s):

☐ Unable to serve:

Comment(s):

☐ Cancelled

| DATE: | TYPE OR PRINT NAME OF SERVER: | SIGNATURE |
|---|---|---|
| | | |

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
10-SEP-2020
03:40 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---:|:---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | THURSDAY, SEPTEMBER 10, 2020 03:40:22 PM |
| **Filing Parties:** | Wesley Ching |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 26-Subpoena Duces Tecum |
| **Document Name:** | 26-Subpoena Duces Tecum - Custodian of Records:  Honolulu Police Department |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

---

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | SUBPOENA /<br>SUBPOENA DUCES TECUM<br>RETURN OF SERVICE | **Electronically Filed<br>FIRST CIRCUIT<br>1CCV-20-0000607<br>18-SEP-2020<br>03:13 PM** |
|---|---|---|
| **CASE NUMBER**<br>Civil No. 1CCV-20-0000607 | NAME AND ADDRESS OF WITNESS<br>Custodian of Records<br>Honolulu Police Department<br>801 S. Beretania Street<br>Honolulu, Hawaii 96813 | |
| **CASE NAME**<br>JAMIE M. MELLON<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al. | | |

| SERVICE WAS MADE AT: | DATE:<br>SEP 1 6 2020 | TIME:<br>8:15am | PLACE:<br>80' S. Beretania St.<br>Honolulu, HI 96813 |
|---|---|---|---|

Comment(s):

☒ I served the above named person.

☐ I served this subpoena on another individual. (explain)

Sign _____
Print Dennis Ching
Position Warrant Officer

Comment(s):

☐ Unable to serve:

Comment(s):

☐ Cancelled

ALL CIVIL PROCESS
1050 BISHOP ST., STE 543
HONOLULU, HI 96813
(808) 744-3210

| DATE:<br>SEP 1 6 2020 | TYPE OR PRINT NAME OF SERVER:<br>Wadsley K. Abihai | SIGNATURE<br>Wadsley K. Abihai |
|---|---|---|

In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
18-SEP-2020
03:13 PM**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---:|:---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | FRIDAY, SEPTEMBER 18, 2020 03:13:22 PM |
| **Filing Parties:** | Wesley Ching |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 28-Return of Service or Summons |
| **Document Name:** | 28-Return of Service (Subpoena Duces Tecum - Custodian of Records - Honolulu Police Department |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

---

ARNOLD THIELENS PHILLIPS #6640
1188 Bishop Street, Ste. 2907
Honolulu, Hawaii 96813
Phone: (808)781-1414
Facsimile: (888)467-0555

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
11-OCT-2020
06:20 PM
Dkt. 30 CS**

Attorney for Plaintiff JAMIE M. MELLON

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai'i, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10<br><br>Defendants | CIVIL NO. 1CCV-20-0000607<br><br>**CERTIFICATE OF SERVICE:**<br><br>**PLAINTIFF'S ANSWERS TO DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO1ʼ PLAINTIFF JAMIE M. MELLON** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document(s): PLAINTIFF'S ANWERS TO DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JAMIE M. MELLON was duly served upon the party listed below by hand delivery, placing the same in the electronic filing system of the State of Hawaii Judiciary, and optionally using the United States Postal Service first class postage prepaid addressed to the defendants as set out below on September 11, 2020:

WESLEY H.H. CHING, Esq.

NICHOLAS P. CHING, Esq.

841 Bishop Street Ste 1200

Honolulu, HI 96813

Attorneys for Defendant HOME DEPOT U.S.A..

DATED: Honolulu, Hawaii October 11, 2020

/s/ Arnold T. Phillips II

_____

Arnold T. Phillips II #6604
Attorney for Plaintiff

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
11-OCT-2020
06:20 PM
Dkt. 31 NEF**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | SUNDAY, OCTOBER 11, 2020 06:20:47 PM |
| **Filing Parties:** | Jamie Mellon |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 30-Certificate of Service |
| **Document Name:** | 30-CERTIFICATE OF SERVICE: PLAINTIFF'S ANSWERS TO DEFENDANT HOME DEPOT U.S.A., INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JAMIE M. MELLON |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

---

ARNOLD THIELENS PHILLIPS #6640
1188 Bishop Street, Ste. 2907
Honolulu, Hawaii 96813
Phone: (808)781-1414
Facsimile: (888)467-0555

Attorney for Plaintiff JAMIE M. MELLON

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
26-OCT-2020
02:25 PM
Dkt. 32 CS**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawai'i, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10<br><br>Defendants | CIVIL NO. 1CCV-20-0000607<br><br>**CERTIFICATE OF SERVICE:**<br><br>**PLAINTIFF'S REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC. October 26, 2020** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document(s): PLAINTIFF'S REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC. October 26, 2020 was duly served upon the party listed below by hand delivery, placing the same in the electronic filing system of the State of Hawaii Judiciary, and optionally using the United States Postal Service

first class  postage prepaid  addressed to the defendants as set out below on October

26, 2020:

    WESLEY H.H. CHING, Esq.
    NICHOLAS P. CHING, Esq.
    841 Bishop Street Ste 1200
    Honolulu, HI 96813
    Attorneys for Defendant HOME DEPOT U.S.A..

    DATED: Honolulu, Hawaii October 26, 2020


                       /s/ Arnold T. Phillips II


                       _____
                       Arnold T. Phillips II #6604
                       Attorney for Plaintiff

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**26-OCT-2020**
**02:25 PM**
**Dkt. 33 NEF**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | MONDAY, OCTOBER 26, 2020 02:25:33 PM |
| **Filing Parties:** | Jamie Mellon |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 32-Certificate of Service |
| **Document Name:** | 32-CERTIFICATE OF SERVICE - PLAINTIFF'S REQUESTS FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC.  October 26, 2020 |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching *( npc@fmhc-law.com )*

Wesley H.H. Ching *( whc@fmhc-law.com )*

First Circuit Court 7th Division *( 7thdivision.1cc@courts.hawaii.gov )*

ARNOLD THIELENS PHILLIPS *( atp@atphillips.com )*

The following parties need to be conventionally served:

Jamie Michael Mellon

---

Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H. H. CHING        2896
whc@fmhc-law.com
NICHOLAS P. CHING         9743
npc@fmhc-law.com
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
Facsimile: (808) 531-7585

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**Electronically Filed
FIRST CIRCUIT
1CCV-20-0000607
28-OCT-2020
01:16 PM
Dkt. 34 CS**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JAMIE M. MELLON,<br><br>                    Plaintiff,<br><br>        vs.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation authorized to do business in the State of Hawaii; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>                    Defendants. | CIVIL NO. 1CCV-20-0000607<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT HOME DEPOT U.S.A., INC.'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC. |

CERTIFICATE OF SERVICE RE:
DEFENDANT HOME DEPOT U.S.A., INC.'S RESPONSES TO PLAINTIFF'S SECOND
REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT
HOME DEPOT U.S.A., INC.

I hereby certify that on  October 28, 2020 , a copy of DEFENDANT HOME

DEPOT U.S.A., INC.'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR

ANSWERS TO INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC., was

duly served on the following parties at their respective addresses by hand delivery or by

depositing the same in the United States mail, first class, postage prepaid:

<u>HAND DELIVER</u>          <u>U.S. MAIL</u>

Arnold  Thielens Phillips                              X
1188 Bishop Street, Suite 2907          *(& Via Email)*
Honolulu, Hawaii   96813

Attorney for Plaintiff
JAMIE M. MELLON


DATED:  Honolulu, Hawaii, October 28, 2020.

  /s/ Nicholas P. Ching
WESLEY H. H. CHING
NICHOLAS P. CHING

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

2

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0000607**
**28-OCT-2020**
**01:16 PM**
**Dkt. 35 NEF**

An electronic filing was submitted in Case Number 1CCV-20-0000607. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-20-0000607 |
| **Title:** | JAMES M MELLON, Plaintiff vs. HOME DEPOT U.S.A., INC., ETC. |
| **Filing Date / Time:** | WEDNESDAY, OCTOBER 28, 2020 01:16:09 PM |
| **Filing Parties:** | Nicholas Ching |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 34-Certificate of Service |
| **Document Name:** | 34-Certificate of Service Re: Defendant Home Depot U.S.A., Inc.'s Responses to Plaintiff's Second Request for Answers to Interrogatories to Defendant Home Depot U.S.A., Inc. |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Nicholas Petersen Ching ( npc@fmhc-law.com )

Wesley H.H. Ching ( whc@fmhc-law.com )

First Circuit Court 7th Division ( 7thdivision.1cc@courts.hawaii.gov )

ARNOLD THIELENS PHILLIPS ( atp@atphillips.com )

The following parties need to be conventionally served:

Jamie Michael Mellon

---